[No. 42306-5-II.   Division Two.   December 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBIN LYNN CHRISTOMOS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-1-00625-9, Christine A. Pomeroy, J., entered June 29, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Penoyar, J., and Bridgewater, J. Pro Tem.

[No. 42526-2-II.   Division Two.   December 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CYRUS NELSON PLUSH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-01102-1, John R. Hickman, J., entered August 26, 2011. *Remanded with instructions* by unpublished opinion per Johanson, A.C.J., concurred in by Hunt and Penoyar, JJ.

[No. 42542-4-II.   Division Two.   December 11, 2012.]

CENTRAL PARK WEST, LLC, *Appellant*, v. UNIGARD INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-2-00271-2, Christine A. Pomeroy, J., entered August 5, 2011. *Affirmed* by unpublished opinion per Bridgewater, J. Pro Tem., concurred in by Hunt and Van Deren, JJ.

[No. 42713-3-II.   Division Two.   December 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DALE CUNNINGHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-04029-1, Katherine M. Stolz, J., entered October 14, 2011. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Hunt and Penoyar, JJ.